Priority X
Send X
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

**ORIGINAL**

FILED
JUN - 3 2005
CLERK, U.S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BROADCOM CORPORATION, Plaintiff(s), v. QUALCOMM, INC., Defendant(s), | CASE NUMBER: SACV 05-468-JVS(MLGx) ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1 (Magistrate Judge Related Cases) |
|---|---|

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar pursuant to Local Rule 83-1.3.1 and General Order 224.

5/26/05
Date

Robert N. Block
United States Magistrate Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of Local Rule 83-1.3.1 and General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Magistrate Judge Robert N. Block for all further proceedings.

5/31/05
Date

Marc L. Goldman
United States Magistrate Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth

_____
Date

_____
United States Magistrate Judge

DOCKETED ON CM
JUN - 3 2005
BY ___
038

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**: Case  SACV 05-0467-JVS(RNBx) and the present case:

- ☐ A. appear to arise from the same or substantially identical transactions, happenings or events.
- X B. involve the same or substantially the same parties or property.
- ☐ C. involve the same patent, trademark or copyright.
- ☐ D. call for determination of the same or substantially identical questions of law and fact.
- X E. likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**NOTICE TO COUNSEL FROM CLERK:**
On all documents subsequently filed in this case, please substitute the initials JVS(RNBx) after the case number in place of the initials of the prior judge, so that the case number will read   SACV 05-0468-JVS(RNBx). This is very important because documents are routed to the assigned judges by means of these initials.

**Subsequent documents must be filed at the**   ☐ Western   X Southern   ☐ Eastern Division.
**Failure to file at the proper location will result in your documents being returned to you.**

5-24-05 - *kjks*

CV-34A (07/03)    ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1 (Magistrate Judge Related Cases)