# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SACV 05-468-JVS(MLGx) |
| Date | October 13, 2005 |
| Title | Broadcom Corp. V. Qualcomm Inc. |

Present: The Honorable James V. Selna

| Karla J. Tunis | Not Present | None |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** Defendant's Motion for Preliminary Injunction

Cause called and counsel make their appearances. The Court's tentative ruling is issued. Counsel make their arguments. The Court takes the motion under submission.

DOCKETED ON CM
OCT 17 2005
BY ___ 039

Initials of Preparer

:50