| | |
|---|---|
| 1 | MARTHA K. GOODING (SBN 101638) |
|   | goodingm@howrey.com |
| 2 | HOWREY LLP |
|   | 4 Park Plaza, Suite 1700 |
| 3 | Irvine, CA  92614 |
|   | Telephone:  (949) 759-3935 |
| 4 | Facsimile:   (949) 721-6910 |
| 5 | EVAN R. CHESLER (*pro hac vice*) |
|   | echesler@cravath.com |
| 6 | ROGER G. BROOKS (*pro hac vice*) |
|   | rgbrooks@cravath.com |
| 7 | RICHARD J. STARK (*pro hac vice*) |
|   | rstark@cravath.com |
| 8 | DARIN P. MCATEE (*pro hac vice*) |
|   | dmcatee@cravath.com |
| 9 | CRAVATH, SWAINE & MOORE LLP |
|   | 825 Eighth Avenue |
| 10 | New York, NY 10019 |
|    | Telephone: (212) 474-1000 |
| 11 | Facsimile:  (212) 474-3700 |
| 12 | Attorneys for Defendant and Counterclaimant |
|    | QUALCOMM INCORPORATED |
| 13 | |
| 14 | *(Additional attorneys appear on following page)* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| BROADCOM CORPORATION, | ) | Case No. SACV05-468-JVS (RNBx) |
|  | ) | |
| Plaintiff, | ) | **JOINT STIPULATION REGARDING DISMISSAL WITH PREJUDICE** |
| vs. | ) | |
|  | ) | |
| QUALCOMM INCORPORATED, | ) | Courtroom:  10C |
|  | ) | Judge:      Hon. James V. Selna |
| Defendant. | ) | |
| AND RELATED CROSS ACTION. | ) | |
|  | ) | |

JOINT STIPULATION REGARDING
DISMISSAL WITH PREJUDICE                                                         Case No. SACV05-468-JVS (RNBx)

1 | *(Continued from previous page)*

2 | Michael G. Ermer (SBN 110496)
mermer@irell.com
3 | IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
4 | Newport Beach, CA 92660-6324
Telephone: (949) 760-0991
5 | Facsimile: (949) 760-5200

6 | William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
7 | Dominic E. Massa (*pro hac vice*)
dominic.massa@wilmerhale.com
8 | Richard W. O'Neill (*pro hac vice*)
richard.oneill@wilmerhale.com
9 | WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
10 | Boston, MA 02109
Telephone: (617) 526-6000
11 | Facsimile: (617) 526-5000

12 |
Attorneys for Plaintiff
13 | BROADCOM CORPORATION

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION REGARDING DISMISSAL
WITH PREJUDICE                                -1-                Case No. SACV05-468-JVS (RNBx)

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Broadcom Corporation and defendant Qualcomm Incorporated, through their respective undersigned attorneys, jointly move to dismiss the above-captioned action in its entirety and with prejudice, with each party bearing its own costs and fees.

Dated:  April 27, 2009

CRAVATH, SWAINE & MOORE LLP

By:   /s/ Richard J. Stark
    Evan R. Chesler
    Roger G. Brooks
    Richard J. Stark
    Darin P. McAtee
    Attorneys for Defendant and
    Counterclaimant
    QUALCOMM INCORPORATED

WILMER CUTLER PICKERING HALE AND DORR LLP

By:   /s/ Richard W. O'Neill
    William F. Lee
    Dominic E. Massa
    Richard W. O'Neill
    Attorneys for Plaintiff and
    Counterdefendant
    BROADCOM CORPORATION