<h1>JS-6</h1>

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION, | Case No. SACV05-468-JVS (RNBx) |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| QUALCOMM INCORPORATED, | |
| Defendant. | Courtroom: 10C |
| | Judge: Hon. James V. Selna |
| AND RELATED CROSS ACTION. | |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties |
| 3 | have jointly moved to dismiss this action in its entirety and with prejudice, with |
| 4 | each party bearing its own fees and costs. The motion is GRANTED. |
| 5 | IT IS SO ORDERED. |

Dated: April 28, 2009

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE