AO 120 (Rev. 2/99)

| TO: Commissioner of Patents and Trademarks, Washington, DC 20231 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK  |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _Central District of California_ on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO. SACV05-468 | DATE FILED 5/18/05 | U.S. DISTRICT COURT Central District of California, Southern Division |
|---|---|---|
| PLAINTIFF Broadcom Corporation | | DEFENDANT Qualcomm Incorporated |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 U.S. 6,374,311 B1 | 4/16/02 | Broadcom Corporation |
| 2 U.S. 6,714,983 B1 | 3/30/04 | Broadcom Corporation |
| 3 U.S. 5,682,379 | 10/28/97 | Broadcom Corporation |
| 4 U.S. 6,359,872 B1 | 3/19/02 | Broadcom Corporation |
| 5 U.S. 6,583,675 B2 | 6/24/03 | Broadcom Corporation |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

DOCKETED ON CM  MAY 24 2005  BY ___ 082

| CLERK Terry Nafisi | (BY) DEPUTY CLERK Ramona LaChapelle | DATE 4/28/09 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner   Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4—Case file copy